1040

No. 80–1464.  WATT, SECRETARY OF THE INTERIOR, ET AL. *v.* ENERGY ACTION EDUCATIONAL FOUNDATION ET AL.  C. A. D. C. Cir.  Certiorari granted.

No. 80–5727.  EDDINGS *v.* OKLAHOMA.  Ct. Crim. App. Okla.  Motion of petitioner for leave to proceed *in forma pauperis* granted.  Certiorari granted limited to Question 1 presented by the petition.

No. 79–6716.  FEAR *v.* VIRGINIA.  Sup. Ct. Va.  Certiorari denied.

No. 80–874.  MATHEWS *v.* OREGON.  Ct. App. Ore.  Certiorari denied.

No. 80–1035.  REDD ET AL. *v.* LAMBERT, CHAIRMAN, STATE TAX COMMISSION OF MISSISSIPPI, ET AL.  Sup. Ct. Miss.  Certiorari denied.

No. 80–1036.  MACHINE TOOL & GEAR, INC. *v.* NATIONAL LABOR RELATIONS BOARD.  C. A. 6th Cir.  Certiorari denied.

No. 80–1087.  ELLIS FISCHEL STATE CANCER HOSPITAL *v.* DONOVAN, SECRETARY OF LABOR.  C. A. 8th Cir.  Certiorari denied.

No. 80–1095.  BAKER ET AL. *v.* UNITED STATES.  Ct. Cl.  Certiorari denied.

No. 80–1114.  GLASSBORO SERVICE ASSN., INC. *v.* DONOVAN, SECRETARY OF LABOR.  C. A. 3d Cir.  Certiorari denied.

No. 80–1124.  BEGAY ET AL. *v.* UNITED STATES.  Ct. Cl.  Certiorari denied.